```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JULISSA ACOSTA ORTIZ,                                       :
                                        Plaintiff,          :
                                                            :     21 Civ. 1042 (LGS)
                -against-                                   :
                                                            :     ORDER
COMMISSIONER OF SOCIAL SECURITY,                            :
                                        Defendant.          :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 12, 2021, required the parties submit a letter or a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, by March 26, 2021, indicating whether they consent to conducting all further proceedings before Magistrate Judge Aaron;

WHEREAS, the parties failed to submit any document by that date. It is hereby

**ORDERED** that the parties shall submit either a letter or a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form by **April 2, 2021**.

Dated: March 29, 2021
       New York, New York

*[Signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE