# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131
New York, New York 10036
Phone: 212-725-9800
Facsimile: 212-500-5115

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2021

Application GRANTED. SO ORDERED.
Dated: November 19, 2021

November 19, 2021

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    *Ortiz v. Commissioner of Social Security*,
                 Civil Action No. 1:21-cv-01042-SDA

Dear Judge Aaron,

      We write on behalf of plaintiff, Julissa Acosta Ortiz, and with the consent of the defendant, to request a 45-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on November 22, 2021. Plaintiff respectfully requests an extension of time up to and including January 6, 2022. This is plaintiff's second request for an extension. This request is necessary because our office currently has twelve briefs due by November 29, 2021.

      Subject to the approval of the Court, the parties propose the following revised briefing schedule:

    a. Plaintiff to file her motion for judgment on the pleadings on or before **January 6, 2022**;

    b. Defendant to file its response/cross-motion on or before **March 7, 2022**; and

    c. Plaintiff to file her reply (if any) on or before **February 11, 2022**.

Honorable Stewart D. Aaron
November 19, 2021
Page 2

      Thank you for your consideration of this request.

                Respectfully submitted,

                s/Daniel A. Osborn
                Daniel A. Osborn
                OSBORN LAW, P.C.
                43 West 43rd Street, Suite 131
                New York, New York 10036
                Telephone:    212-725-9800
                Facsimile:     212-500-5115
                dosborn@osbornlawpc.com

cc: Graham Morrison, Esq. (by ECF)