# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131  
New York, New York 10036  
Phone: 212-725-9800  
Facsimile: 212-500-5115

Email: info@osbornlawpc.com  
www.osbornlawpc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2022
```

January 4, 2022

**VIA ECF**

Honorable Stewart D. Aaron  
United States Magistrate Judge  
Southern District of New York  
500 Pearl St.  
New York, NY 10007-1312

Request GRANTED. SO ORDERED.  
Dated: January 4, 2022

      Re:    *Ortiz v. Commissioner of Social Security,*  
                  Civil Action No. 1:21-cv-01042-SDA

Dear Judge Aaron,

      We write on behalf of plaintiff, Julissa Acosta Ortiz, and with the consent of the defendant, to request a 21-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on January 6, 2022. Plaintiff respectfully requests an extension of time up to and including January 27, 2022. This is plaintiff's third request for an extension.

      While counsel had every expectation of meeting the January 6, 2022 deadline, the additional time is necessary because the attorney working on the brief just tested positive for COVID, one day after her husband tested positive. Both parents are experiencing mild symptoms and both of their young children also contracted COVID within the last three days. We also are a small office and have 18 other cases with opening and reply briefs due during the month of January.

      Subject to the approval of the Court, the parties propose the following revised briefing schedule:

Honorable Stewart D. Aaron
January 4, 2022
Page 2

      a. Plaintiff to file her motion for judgment on the pleadings on or before **January 27, 2022**;

      b. Defendant to file its response/cross-motion on or before **March 28, 2022**; and

      c. Plaintiff to file her reply (if any) on or before **April 18, 2022**.

Thank you for your consideration of this request.

          Respectfully submitted,

          s/Daniel A. Osborn
          Daniel A. Osborn
          OSBORN LAW, P.C.
          43 West 43rd Street, Suite 131
          New York, New York 10036
          Telephone:   212-725-9800
          Facsimile:   212-500-5115
          dosborn@osbornlawpc.com

cc: Graham Morrison, Esq. (by ECF)